**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 433 MAL 2022

           Respondent                   :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

           v.                          :

EARNEST LEE JONES II,                 :

           Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.